IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M KOEGEL FERTEL-RUST,

                Plaintiff,                  ORDER

      v.                              11-cv-430-wmc

UWM GOLDA MEIR LIBRARY, MS. EVA BARLZAK,
SECURITY GUARD FIRM, WHITE MALE UNNAMED,
UWM POLICE DEPT., MR. JAMIE CASTRO, MR. HERRARA,
MR. SCHLIMGEN, CENTRAL MAIN LIBRARY, MS. PAULA KIEL,
MS. CRYSTAL SURA, MICHAEL WEBER,
CHRIS (CHRISTINE) ARKENBURG, MR. WITHERSPOON,
MALE RUNNING CAFÉ IN BOOKCELLAR,
WISCONSIN PUBLIC STATE LAW LIBRARY, MISS JANE,HER BOSS,
MRS. SHIRLEY ABRAHAMSON, STATE LAW LIBRARY,
THE CITY OF MILWAUKEE  LEGISLATURE REFERENCE BUREAU LIBRARY,
2 WHITE FEMALE REFERENCE LIBRARIANS, THEIR BOSS,
THE COMMON COUNCIL  OF THE CITY OF MILWAUKEE and
ALISSA MISS OR MRS. PETERSSON,

                Defendants.

---

MARY M KOEGEL FERTEL-RUST,

                Plaintiff,                  ORDER

      v.                              11-cv-431-wmc

MILWAUKEE COUNTY SHERIFF'S DEPARTMENT,
ALL SHERIFF'S DEPUTIES INVOLVED,
MR. TUREK, MS. MEDINA, MILWAUKEE COUNTY TRANSIT SYSTEM,
WHITE MALE BUS DRIVER MILW. CO. TRANSIT SECURITY PEOPLE
and MILW. CITY POLICE DEPT.,

                Defendants.

---

MARY M KOEGEL FERTEL-RUST,

                Plaintiff,                  ORDER

      v.                              11-cv-432-wmc

MR. CHARLES N. CLEVERT, JR.,
The Chief Judge of the USA Federal District Court
for Eastern Wisconsin,

                Defendant.

Plaintiff Mary Fertel-Rust has submitted three proposed complaints. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.
- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.
- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.
- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.
- Substantial assets or debts require individual consideration.

In these cases, plaintiff's monthly income is $1,110.00, which makes her annual income $13,200. Because plaintiff's income is less than $16,000, she can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff's complaints are taken under advisement. As soon as the court's calendar permits, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed either because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about these cases, she should be sure to write the case numbers shown above on her communication.

Entered this 17th day of June, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge