IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,

v.

UWM GOLDA MEIR LIBRARY, MS. EVA
BARLZAK, SECURITY GUARD FIRM, WHITE
MALE UNNAMED, UWM POLICE DEPT.,
MR. JAMIE CASTRO, MR. HERRARA,
MR. SCHLIMGEN, CENTRAL MAIN LIBRARY,
MS. PAULA KIEL, MS. CRYSTAL SURA,
MICHAEL WEBER, CHRIS (CHRISTINE)
ARKENBURG, MR. WITHERSPOON, MALE
RUNNING CAFÉ IN BOOKCELLAR,
WISCONSIN PUBLIC STATE LAW LIBRARY,
MISS JANE,HER BOSS, MRS. SHIRLEY
ABRAHAMSON, STATE LAW LIBRARY,
THE CITY OF MILWAUKEE LEGISLATURE
REFERENCE BUREAU LIBRARY, 2 WHITE
FEMALE REFERENCE LIBRARIANS, THEIR
BOSS, THE COMMON COUNCIL OF THE
CITY OF MILWAUKEE and ALISSA MISS OR
MRS. PETERSSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-430-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_Peter Oppeneer_             11/9/12
Peter Oppeneer, Clerk of Court          Date